689 A.2d 229

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Patrick J. FIELDING, Petitioner.**

Supreme Court of Pennsylvania.

March 14, 1997.

### ORDER

PER CURIAM.

AND NOW, this 14th day of March, 1997 the Petition for Allowance of Appeal is granted. The order of the Superior Court upholding petitioner's conviction under 75 Pa.C.S. § 3731(a)(5) is hereby reversed in accordance with *Commonwealth v. Barud*, 545 Pa. 297, 681 A.2d 162 (1996), and remanded for resentencing on the driving under suspension conviction.

689 A.2d 229

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bruce JORDAN, Petitioner.**

Supreme Court of Pennsylvania.

March 14, 1997.

Reconsideration Denied May 7, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of March, 1997 the Petition for Allowance of Appeal is granted. The order of the Superior Court upholding petitioner's conviction under 75 Pa.C.S. § 3731(a)(5) is hereby reversed in accordance with *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996), and remanded for resentencing.

689 A.2d 891

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Martin D. APPEL, Appellant.**

Supreme Court of Pennsylvania.

Submitted June 27, 1996.

Decided Jan. 28, 1997.

Reargument Denied April 15, 1997.

